60 So.2d 377

## LOUISVILLE & NASHVILLE R. CO. v. Vivian OUTLAW et al.

### 4 Div. 678.

Supreme Court of Alabama.

Aug. 27, 1952.

J. Hubert Farmer, Dothan, and E. C. Boswell, Geneva, for petitioner.

J. C. Fleming, Elba, and Jas. A. Mulkey, Geneva, opposed.

GOODWYN, Justice.

Petition of Vivian Outlaw and Margaret Sanders for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Louisville & Nashville R. Co. v. Outlaw, 60 So.2d 367.

Writ denied.

LIVINGSTON, C. J., and FOSTER, LAWSON and SIMPSON, JJ., concur.